RECORD OF GRAND JURY BALLOT

C/R 8:23-749

UNITED STATES OF AMERICA v. JOHNATHAN C. MCCASLAN

(SEALED UNTIL FURTHER ORDER OF THE COURT)