IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:23-749 |
| | ) | 18 U.S.C. § 2261A(2)(B) |
| | ) | 18 U.S.C. § 876(c) |
| vs. | ) | 18 U.S.C. § 1038(a)(1) |
| | ) | |
| | ) | |
| JOHNATHAN C. MCCASLAN | ) | SECOND SUPERSEDING INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

That beginning in or about October 2021, the exact date being unknown to the Grand Jury, and continuing through in or about December 2021, in the District of South Carolina and elsewhere, the defendant, JOHNATHAN C. MCCASLAN, with the intent to harass and intimidate a person, who is known to the grand jury as "KM" used the mail, an interactive computer service, electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused,  and would be reasonably expected to cause, substantial emotional distress to "KM"

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about November 9, 2021, in the District of South Carolina and elsewhere, the defendant, JOHNATHAN C. MCCASLAN, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to "JS" and "TL" at 318 Rice St., Calhoun Falls, South Carolina, and containing a threat to inflict bodily injury upon "TL."

In violation of Title 18, United States Code, Section 876(c).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about November 8, 2021, in the District of South Carolina and elsewhere, the defendant, JOHNATHAN C. MCCASLAN, did intentionally convey false and misleading information to wit: by authoring a letter containing a threat that the recipient "WILL GET WHATS COMING TO YOU" which was placed in an envelope along with a powdery substance and subsequently mailed to 318 Rice St., Calhoun Falls, South Carolina, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, to wit: the unlawful transfer of an agent, toxin or chemical, that would constitute a violation of 18 U.S.C. Chapters 10, 11B, and 113B.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

On or about November 9, 2021, in the District of South Carolina and elsewhere, the defendant, JOHNATHAN C. MCCASLAN, did intentionally convey false and misleading information to wit: by authoring a letter containing a threat to make the recipient "PAY FOR WHAT YOU DONE" which was placed in an envelope along with a powdery substance and subsequently mailed to P.O. Box 246, Calhoun Falls, South Carolina, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, to wit: the unlawful transfer of an agent, toxin, or chemical that would constitute a violation of 18 U.S.C. Chapters 10, 11B and 113B.

In violation of Title 18, United States Code, Section 1038(a)(1).

A _True_ Bill

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____

William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov

3