IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:23-0749 |
| | ) | |
| -vs- | ) | **RESPONSE TO** |
| | ) | **LLR'S MOTION** |
| | ) | **TO QUASH IN** |
| J. CHRISTOPHER MCCASLAN | ) | **DOCKET ENTRY 87** |

COMES NOW, the Defendant, J. Christopher McCaslan, who responds to the Motion to Quash the Subpoena contained in docket entry 87. The Defendant disagrees with the bases for quashing the subpoena LLR set forth in its Motion, and he believes the subpoena properly and legally sought documents within LLR's possession. However, the Defendant will not seek to enforce the subpoena as more important tasks for trial now take precedent. Therefore, the Defendant views LLR's Motion as moot, and he would respectfully submit that a hearing on it is no longer necessary.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
August 1, 2024.        Federal ID # 10013