IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. No. 8:23-cr-00749-DCC-1 |
| | ) | |
| v. | ) | **Verdict Form** |
| | ) | |
| Johnathan McCaslan | ) | |
| | ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

1. As to Count 1:

   _____ **NOT GUILTY**

   \_\_✓\_\_ **GUILTY**

2. As to Count 2:

   _____ **NOT GUILTY**

   \_\_✓\_\_ **GUILTY**

3. As to Count 3:

   _____ **NOT GUILTY**

   \_\_✓\_\_ **GUILTY**

4. As to Count 4:

_____ NOT GUILTY

___✓___ GUILTY

I certify that this decision is the unanimous decision of the jury.

███████████████████████████████          8/15/24
Foreperson                                                    Date