UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

V.

Johnathan C. McCaslan

**EXHIBIT AND WITNESS LIST**

Case Number: 8:23-749

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEYS | | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| The Honorable Donald C. Coggins, Jr. | | | William J. Watkins, Jr., AUSA<br>Winston Marosek, AUSA | | | Andy Moorman |
| TRIAL DATE(S)<br>August 12-16, 2024 | | | COURT REPORTER<br>Teresa Johnson | | | COURTROOM DEPUTY<br>Nora Chandler |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/12 |  | 8/12 | [Witness List] |
| 1 |  | ✓ | ✓ | ✓ | CD – Ring Video (000432) |
|  |  |  |  | ID ONLY | Timecoded Transcript |
| 2 |  | ✓ | ✓ | ✓ | CD – Ring Video (000433) |
| 3a |  | ✓ | ✓ | ✓ | Envelope (PE) |
| 3b |  | ✓ | ✓ | ✓ | Letter (PE) |
| 3c |  | ✓ | ✓ | ✓ | Stamp (PE) |
| 4 |  | ✓ | ✓ | ✓ | Photo – Envelope (000947) |
| 5 |  | ✓ | ✓ | ✓ | Photo – Letter (000948) |
|  |  |  |  | 8/12 |  |
| 6 |  | ✓ | ✓ | ✓ | CD – Jordan BWC (000456) |
| 7 |  | ✓ | ✓ | ✓ | Evidence Bag (PE) |
| 8 |  | ✓ | ✓ | ✓ | Photo – Evidence Bag |
|  |  |  |  | 8/12 |  |
|  |  |  |  | 8/12 |  |
|  |  |  |  | 8/12 |  |
| 9a |  | ✓ | ✓ | ✓ | Envelope (PE) |
| 9b |  | ✓ | ✓ | ✓ | Letter (PE) |
| 9c |  | ✓ | ✓ | ✓ | Stamp (PE) |
| 10 |  | ✓ | ✓ | ✓ | Photo of Envelope (000950) |
| 11 |  | ✓ | ✓ | ✓ | Photo of Letter (000951) |
|  |  |  |  | 8/12 |  |
|  |  |  |  | 8/12 |  |

Page 1 of __3__ Pages

| | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | |
|---|---|---|---|---|---|---|
| | | USA vs. Johnathan C. McCaslan | | | CRIMINAL NO.: 8:23-CR-749 | |

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | 8/12 | [redacted] |
| 12 | | ✓ | ✓ | ✓ | Email to KM 10/21/2021 (000295 - 000296) |
| 13a | | ✓ | ✓ | ✓ | 2014 LLR Renewal |
| 13b | | ✓ | ✓ | ✓ | 2016 LLR Renewal |
| 13c | | ✓ | ✓ | ✓ | 2018 LLR Renewal |
| 13d | | ✓ | ✓ | ✓ | 2020 LLR Renewal |
| 14 | | ✓ | ✓ | ✓ | Priority Envelope Sent to LLR (PE) |
| 15 | | ✓ | ✓ | ✓ | Letter to LLR 10/22/2020 (000282) |
| | | | | 8/13 | [redacted] |
| | | | | 8/13 | [redacted] |
| 16 | | ✓ | ✓ | ✓ | Handwriting Exemplars – Johnathan McCaslan (PE) |
| 17 | | ✓ | ✓ | ✓ | Handwriting Exemplars – Kimberly McCaslan (PE) |
| 18 | | ✓ | ✓ | ✓ | Handwriting Exemplars – Kimberly McCaslan (PE) |
| 19 | | ~~Demonstrative~~ | | | Handwriting Exemplars – Tamara Lee (PE) |
| 20 | | ~~Demonstrative~~ | | | Handwriting Exemplars – Jordan Smith (PE) |
| | | | | 8/13 | [redacted] |
| 21 | | ✓ | ✓ | ✓ | Buccal Swab – Treaco Hoover (PE) |
| 22 | | ✓ | ✓ | ✓ | Buccal Swab – Jordan Smith (PE) |
| 23 | | ✓ | ✓ | ✓ | Buccal Swab – Tamara Lee (PE) |
| | | | | 8/13 | [redacted] |
| 24 | | ✓ | ✓ | ✓ | Buccal Swab – Johnathan McCaslan (PE) |
| 25 | | ✓ | ✓ | ✓ | Buccal Swab – Kimberly McCaslan (PE) |
| | | | | 8/13 | [redacted] |
| 26 | | | | | CD – McCaslan Interview (000468) |
| 26a | | ✓ | ✓ | ✓ | Clip 1 – (27:42 – 27:54) |
| 26b | | ✓ | ✓ | ✓ | Clip 2 – (47:56 – 48:32) |
| 26c | | ✓ | ✓ | ✓ | Clip 3 – (32:35 – 32:48) |
| 26d | | ✓ | ✓ | ✓ | Clip 4 – (30:24 – 31:37) |
| 26e | | ✓ | ✓ | ✓ | Clip 5 – (43:57 – 44:15) |

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA vs. Johnathan C. McCaslan  
CRIMINAL NO.: 8:23-CR-749

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26f | | ✓ | ✓ | ✓ | Clip 6 – (45:41 – 46:26) |
| 26g | | ✓ | ✓ | ✓ | Clip 7 – (23:18 – 28:44) |
| 26h | | ✓ | ✓ | ✓ | Clip 8 - (13:03 – 13:10) |
| 26i | | ✓ | ✓ | ✓ | Clip 9 – (17:28 – 17:44) |
| 27 | | ✓ | ✓ | ✓ | Timeline (revised) |
| 28 | | | | ~~Demonstrative~~ | Probability Ranges |
| 29 | | ✓ | ✓ | ✓ | SLED Vials (PE) |
| 30 | | ✓ | ✓ | ✓ | Stipulation |
| | | | | 8/12 | Jake Drake, Agent |

Page 3 of __3__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF South Carolina

## EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE<br>Donald C. Coggins, Jr. | | | PLAINTIFF'S ATTORNEY<br>William Watkins and Winston Marosek | | DEFENDANT'S ATTORNEY<br>Andrew B. Moorman, Sr. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>August 12 through August 16, 2024 | | | COURT REPORTER | | COURTROOM DEPUTY<br>Nora Chandler |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 1 | | | | Recording of Jordan Smith Interview on November 9, 2021 (Bates 428) |
| | 1a | | | | Time Stamp 6:53-7:05 "How long have you been living at Rice Street?" |
| | 1b | | | | Time stamp 9:43-9:55 "Tamera threw letter down on porch " |
| | 1c | | | | Time stamp 21:02-21:30 "Tamera told Kim that we were moving down here " |
| | 1d | | | | Time stamp 29:18-29:27 "Kim has had past experiences with Traeco " |
| | 1e | | | | Time stamp 32:26-32:38 "Traeco couldn't be involved in this investigation " |
| | 1f | | | | Time stamp 37:08-37:32 "Tamera and I touched envelope/letter with our bare hands " |
| | 2 | | | | Video from Jordan Smith Body Worn Camera on October 9, 2021 (Bates 456) |
| | 2a | | | | Time stamp 1:15-1:40 "Is your license suspended?" "No " |
| | 2b | | | | Time stamp 2:08-2:12 "Is it Kimberly or Kim?" "They're suspended " |
| | 2c | | | | Time stamp 7:52-8:08 "Did you know they were suspended?" "That's why I came back to tell " |
| | 3 | | | | Interview of Jordan Smith on November 18, 2021 (Bates 457) |
| | 3a | | | | Time stamp 6:48-6:59- "Traeco was getting warrants for Kim for the generator issue and I was going to get warrants for |
| | | | | | Kim was DUS and false information at the same time |
| | 3b | | | | Time stamp 13:07-13:54 "I am leaving CFPD because of new mayor" |
| | 3c | | | | Time stamp 21:42-22:06 "Traeco was assigned to the generator case " |
| | 3d | | | | Time stamp 31:19-32:09- "I didn't even know about the problem Kim and Tamera had until after the first interview." |
| | 3e | | | | Time stamp 36:10-36:32 "Kim followed Chris around but I didn't do anything because I didn't want to be seen as helping Chris." |
| | 3f | | | | Time stamp 44:42-45:04- "There are other CI packets at the office " |
| | 3g | | | | Time stamp 1:03:47-1:04:07- "I decided I was going to get a warrant that day " |
| | 4 | | | | Recorded Interview of Jordan Smith on November 1, 2022 (Bates 471) |
| | 4a | | | | Time Stamp 20:06-20:09 "I was lazy as shit " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page I of ___

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]

° AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

## EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 4b | | | | Time stamp 21 36-21 44 "I hold warrants over people's heads" | |
| | 5 | | | | Recorded call with Jordan Smith on November 19, 2021 (Bates 915) | |
| | 5a | | | | Time stamp 2:13-2:19 "Traeco asked Kim questions at her bond hearing" | |
| | 6 | | | | Recorded Interview of Kimberly McCaslan on November 18, 2021 (Bates 454) | |
| | 6a | | | | Time stamp 9:25-9:57 "Complete harassment every time I went to Calhoun Falls Perry Hill pulled me over | |
| | | | | | three times in one weekend I was still living in marital home in March " | |
| | 6b | | | | Time Stamp 24:30-24 37- "Divorce started getting bad in February (of 2021) " | |
| | 6c | | | | Time Stamp 24:46-25:07- "He got an emergency hearing I tested positive for marijuana, and it started things with the nursing board." | |
| | 6d | | | | Time Stamp 32 36-33 13 "I got along pretty well with Tamera Lee No problems at work " | |
| | 6e | | | | Time Stamp 33:14-33 28 "I knew Jordan and Tamera were living on Rice Street" | |
| | 6f | | | | Time Stamp 42.55-43.04 "I sold generator same day Perry Hill came " | |
| | 6g | | | | Time Stamp 43:58- 44:03- "When you're going through a divorce you're not supposed to get rid of anything " | |
| | 6h | | | | Time Stamp 54:45-55 04- "Why do you think people sent letters?" "Calhoun Falls is a rough town and if they're | |
| | | | | | bothering people like their bothering me, it doesn't surprise me " | |
| | 6i | | | ✓ | Time Stamp 1 23 36- 1 24 20- "I will give you my DNA, but just want to make sure my husband didn't | |
| | | | | | put my DNA on the letters I know it sounds absurd I'm okay with the letter " | |
| | 7 | | | | Recorded Interview of Kimberly McCaslan on November 18, 2021 (Bates 455) | |
| | 7a | | | | Time Stamp 6 41- 6 51- "I told him I had a license.I didn't give anyone false information " | |
| | 8 | | | | Recorded phone call between Kim McCaslan and S/A Slizewski on October 12, 2022 (Bates 473) | |
| | 8a | | | | Time stamp 8.41-8:48 "I wish you would have called me in April or May and told me about the letter, but I am glad you are telling me now" | |
| | 9 | | | | Recorded Interview of Kim McCaslan on October 31, 2022 (bates 474) | |
| | 9a | | | | Time Stamp 14 57-15 08- "I got the gabapentin from a friend " | |

1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

[ Print ]   [ Save As... ]   [ Export as FDF ]   [ Retrieve FDF File ]   [ Reset ]

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

## EXHIBIT AND WITNESS LIST

V.

Case Number: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 9b | | | | Time Stamp 18 36-18 47- "The way the trooper's report reads it was like you took the Gabapentin from the nursing home " |
| | 9c | | | | Time stamp 18 52-19 10- I'm not saying you did or didn't, but you need to be 100% honest with me " |
| | 9d | | | | Time stamp 26 57-27 09- S/A Slizewski says "25 of each is the standard protocol" |
| | 9e | | | | Time stamp 29 10-29 23- S/A Slizewski says "I wish you would have reached out to earlier " Kim McCaslan says "I am going to be |
| | | | | | honest with you, every time I reach out to somebody they can't do nothing " |
| | 10 | | | | Interview of Tamera Lee on November 9, 2021 (Bates stamp 429) |
| | 10a | | | | Time Stamp 6 29-6 46 "It had two stamps. One of them had an x through it Addressed to 318 Rice Street Doesn't |
| | | | | | even have whether it was to him or me " |
| | 10b | | | | Time stamp 10 57-11 14- "I've only worked with one person who would put something like the towards us. Kimberly McCaslan" |
| | 10c | | | | Time stamp 19 11-19 18- "I told there was a house on Rice Street we were looking at, and that was the only house for sale" |
| | 11 | | | | Recorded Interview of Tamera Lee on November 1, 2022 (Bates stamp 469) |
| | 11a | | | | Time stamp 1 47-2.08- "When we moved in, I was talking to him, and it wasn't until 3 or 4 months later that we had an issue " |
| | 11b | | | | Time stamp 2 23-2 27 "I was not there when he brought the Boston Butt" |
| | 11C | | | | Time stamp 2 30-3.11 "3 or 4 months later I was talking with him (Chris), and that's when I told him I worked with his ex-wife I didn't tell him about problem yet " |
| | 11d | | | | Time stamp 4 40-5 14 "About a month after that, I had another conversation with Chris where I told him about the problem Kim and I had " |
| | 11e | | | | Time stamp 7 13-8 12- S/A Slizewski summarizes Tamera Lee's timeline |
| | 12 | | | | Transcript of Emergency Hearing on March 2, 2021 |
| | 12a | | | | p 10 - Kim McCaslan says her friend left drugs in her car |
| | 12b | | | | p 3 and 4- Kimberly McCaslan received documents for the temporary hearing |
| | | | | | **Andrew Hodges** |
| | 13 | | | | Complaint |
| | 14 | | | | Affidavit of Johnathan McCalsan |
| | 15 | | | | Contempt Order |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page I of \_\_\_\_

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

## EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Darrell Manning** |
| | 16 | | | | Photo of marital home (Refrigerator with black "Menu" sign) |
| | 17 | | | | Photo of marital home (Kitchen with island, sink, and oven shown) |
| | 18 | | | | Photo of marital home (Kitchen cabinets open) |
| | 19 | | | | Photo of marital home (Island in kitchen with food on it) |
| | 20 | | | | Photo of marital home (Kitchen floor) |
| | 21 | | | | Photo of Marital Home (Photo of Bedroom with white door) |
| | 22 | | | | Photo of marital home (with Kim McCaslan in it) |
| | 23 | | | | Photo of marital home (dual photo of pink tub and other room) |
| | 24 | | | | Photo of marital home (stamps in room)(702 jpeg) |
| | | | | | **Miscellaneous** |
| | 25 | | | ✓ | Order to Dismiss Kimberly McCaslan charges |
| | 26 | | | | Recorded call with Tamera Lee on November 3, 2022 (Bates 470) |
| | 26a | | | | Time Stamp 0 31-0 51- Lee "I told Chris before the letter was sent" Slizewski "I thought that was the case" |
| | 27 | | | ✓ | Receipt for property sheet S/A Drake |
| | 28 | | | ✓ | SLED contamination log spreadsheet (Bates 959-972) |
| | 29 | | | | Report S/A Foster |
| | 30 | | | ✓ | Chain of Custody Form (Bates 1150) |
| | 31 | | | | Photograph of letter Kimberly McCaslan sent to LLR May of 2022 |
| | 32 | | | | SLED Forensic Report 12/21/2021     1 |

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

| | | | | | |
|---|---|---|---|---|---|
| | 33 | | | | SLED Forensic Report 07/11/2022 |
| | 34 | | | ✔ | Memo Interview S/A Slizewski and Darrell Manning |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages