UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Johnathan C. McCaslan,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)  Case No. 8:23-CR-00749-DCC<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant McCaslan appeals to the United States Court of Appeals for the Fourth Circuit from the Order/Judgment entered in this action on the 5th day of December, 2024.

                                                  s/ Christopher W. Adams
                                                Christopher W. Adams
                                                Adams & Bischoff LLC
                                                171 Church Street
                                                Suite 360
                                                Charleston, SC 29401
                                                T 843-277-0090

                                                *Appellate Counsel for*
                                                *Johnathan C. McCaslan*

DATE: December 16, 2024

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of this document was served on the parties in this case though the Court's ECF/M system on December 16, 2024.

<u>s/ Christopher W. Adams</u>
Christopher W. Adams

*Appellate Counsel for*
*Johnathan C. McCaslan*